UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SARINA A. PETERSON,

        Plaintiff,

-vs-                            CASE NO. 08 - 11761
                                      HON. PATRICK  J. DUGGAN
AT&T SERVICES, INC. d/b/a        MAGISTRATE JUDGE STEVEN D. PEPE
AT&T SERVICES a foreign
corporation and ALICIA M. SMITH,
jointly and severally

        Defendants.
=================================================================

**STEARNS & COPPINS, PLLC**        **TERENCE V. PAGE (P18586)**
BY: **ROBERT R. STEARNS (P55188)**   **JOHN M. BOYDA (P39268)**
**SHAWN J. COPPINS (P63128)**       **HARDY, LEWIS, & PAGE**
Attorneys for Plaintiff              Attorneys for Defendants
28800 Van Dyke Ave., Suite 101     401 S. Old Woodward Avenue, Suite 400
Warren, MI 48043              Birmingham, MI 48009-6629
(586) 751-0700                248-645-0800
rstearns@stearnscoppins.com       jmb@hardylewis.com


                                     **ALBERT CALILLE (P26819)**
                                     Co-Counsel for Defendants
                                     444 Michigan Ave., Suite 1750
                                     Detroit, MI 48226
                                     (313) 223-0964
=================================================================

## <u>ORDER FOR DISMISSAL WITH PREJUDICE</u>

        At a session of said Court held in the United. States
        Courthouse, 231 Lafayette Blvd., Detroit, Michigan,
        on  October 20, 2008.


        PRESENT:  Hon. Patrick J. Duggan
                    United States District Judge


        Upon reading and filing the attached Stipulation for Dismissal with Prejudice of the

parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and the same is hereby dismissed with prejudice and without costs, interest and attorney fees to any party.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  October 20, 2008
October 20, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 20, 2008,October 20, 2008 by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager